UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| CHARLES A. HELTON and ALLEN DALE COLE, | ) ) ) | |
| *Plaintiffs*, | ) | |
| v. | ) ) | No. 1:05-CV-357 |
| CHATTANOOGA POLICE DEPARTMENT, and MARK BENDER, individually and in his capacity as an officer for the Chattanooga Police Department, | ) ) ) ) ) ) | Judge Curtis L. Collier |
| *Defendants*. | ) | |

## JUDGMENT ORDER

On March 19, 2007, the Court ordered *pro se* Plaintiffs Charles A. Helton and Allen Dale Cole ("Plaintiffs") to show cause within ten (10) days why the Court should not dismiss this lawsuit pursuant to Fed. R. Civ. P. 41 (b) for failure to prosecute (Court File No. 11). As of April 4, 2007, Plaintiffs have not complied with the Court's order. Plaintiffs' failure to comply with the Court's order indicates their inability and/or unwillingness to prosecute this case. Accordingly, the Court **DISMISSES** Plaintiffs' lawsuit. The Clerk of the Court is **DIRECTED** to close this case.

**SO ORDERED.**

**ENTER:**

                                                **/s/**
                                                **CURTIS L. COLLIER**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT